UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 14-21599-CIV-BLOOM/VALLE

AT LAW AND IN ADMIRALTY

EILEEN KROPF,

    Plaintiff,

v.

CELEBRITY CRUISES, INC.,

    Defendant.
_____/

**JOINT NOTICE OF SETTLEMENT & MOTION**
**FOR THE COURT TO RETAIN JURISDICTION**

    Plaintiff, EILEEN KROPF, and Defendant, CELEBRITY CRUISES, INC., by and through their undersigned counsel, hereby jointly give notice to the Court, and move for an Order retaining jurisdiction, as follows:

    1.    The parties to this action have entered into a settlement agreement. The terms and conditions of that settlement agreement are confidential.

    2.    The settlement has not yet been consummated or finalized as of the date of this notice. Consummation of the settlement will not occur until Plaintiff executes a Release and Defendant tenders the confidential settlement amount (upon receipt of the executed Release) and the settlement funds clear normal banking channels.

    3.    This joint motion is being filed pursuant to and in compliance with Fed. R. Civ. P. 41 (a), *Anago Franchising, Inc. v. Shaz*, LLC, 677 F. 3d 1272 (11th Cir. 2012), and *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375 (1994). The parties request an Order that the

Court retain jurisdiction over the parties to the action and over their settlement agreement for the purposes of enforcing the terms of the settlement. The parties' settlement is conditioned upon entry of such an Order.

4. The parties accordingly request that the Court issue an Order retaining jurisdiction through the date on which the settlement is consummated or finalized. The parties estimate that a period of sixty (60) days will suffice.

WHEREFORE, the parties respectfully request this Court issue an Order retaining jurisdiction for at least another sixty (60) days from today's date to enforce the terms and conditions of the parties' settlement agreement until the settlement is consummated.

Respectfully submitted,

| | |
|---|---|
| *s/ John H. Hickey* | *s/ David J. Horr* |
| John H. Hickey (FBN. 305081) | David J. Horr, Esq. (FBN 310761) |
| hickey@hickeylawfirm.com | dhorr@admiral-law.com |
| Christopher M. Drury (FBN 796751) | Stephanie H. Wylie, Esq. (FBN 130140) |
| cdrury@hickeylawfirm.com | swylie@admiral-law.com |
| Hickey Law Firm, P.A. | Horr, Novak, & Skipp, P.A. |
| 1401 Brickell Avenue, Suite 510 | 9130 South Dadeland Blvd., Suite 1700 |
| Miami, FL 33131-3504 | Miami, FL 33156 |
| Tel.: (305) 371-8000; Fax: (305) 371-3542 | Tel. (305) 670-2525; Fax (305) 670-2526 |
| *Attorneys for the Plaintiff* | *Attorneys for Defendant* |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of December, 2014, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

*s/ John H. Hickey*
JOHN H. HICKEY

## SERVICE LIST
EILEEN KROPF v. CELEBRITY CRUISES, INC.
United States District Court, Southern District of Florida
CASE NO. 14-21599-CIV-BLOOM/VALLE

| | |
|---|---|
| **John H. Hickey, Esq.** (FBN 305081) <br> hickey@hickeylawfirm.com <br> **Christopher M. Drury** (FBN 796751) <br> cdrury@hickeylawfirm.com <br> Hickey Law Firm, P.A. <br> 1401 Brickell Avenue, Suite 510 <br> Miami, FL  33131-3504 <br> Tel. (305) 371-8000 <br> Fax (305) 371-3542 <br> *Attorneys for Plaintiff* | **David J. Horr, Esq.** (FBN 310761) <br> dhorr@admiral-law.com <br> **Stephanie H. Wylie, Esq.** (FBN 130140) <br> swylie@admiral-law.com <br> Horr, Novak & Skipp, P.A. <br> 9130 South Dadeland Blvd., Suite 1700 <br> Miami, Florida 33156 <br> Tel. (305) 670-2525 <br> Fax (305) 670-2526 <br> *Attorneys for Defendant* <br> *Service by Notice of Electronic Filing* |