UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 14-21599-CIV-BLOOM/VALLE

**EILEEN KROPF**,

    Plaintiff,

v.

**CELEBRITY CRUISES, INC.**,

    Defendant.

_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court upon the parties' Joint Notice of Settlement, ECF No. [29], filed on December 5, 2014, which indicates that the parties have settled this matter. The Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a Stipulation for Final Order of Dismissal within **thirty (30) days** of the date of this Order.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Ft. Lauderdale, Florida this 9th of December, 2014.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

CASE NO. 14-60289-CIV-BLOOM/VALLE

cc: counsel of record