UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  14-cv-21599-BLOOM/VALLE

EILEEN KROPF,

    Plaintiff,

vs.

CELEBRITY CRUISES, INC.,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL

IT IS HEREBY stipulated by and between counsel for the Plaintiff, EILEEN KROPF, and counsel for the Defendant, CELEBRITY CRUISES, INC., that the above cause, having been amicably settled, be dismissed with prejudice and that each party shall bear its own costs and attorneys' fees.

Dated:  January 7, 2015
        Miami, Florida

| | |
|---|---|
| /s/ John H. Hickey | /s/ David J. Horr |
| JOHN H. HICKEY | DAVID J. HORR |
| Florida Bar No.:  305081 | Florida Bar No.: 310761 |
| federalcourtfilings@hickeylawfirm.com | dhorr@admiral-law.com |
| HICKEY LAW FIRM, P.A. | HORR, NOVAK & SKIPP, P.A. |
| 1401 Brickell Avenue | Two Datran Center, Suite 1700 |
| Suite 510 | 9130 South Dadeland Boulevard |
| Miami, FL  33131 | Miami, FL 33156 |
| Telephone: 305-371-8000 | Telephone: (305) 670-2525 |
| Facsimile:  305-371-3542 | Facsimile: (305) 670-2526 |
| *Attorneys for  Plaintiff* | *Attorneys for Defendant* |

CASE NO.:  14-cv-21599-BLOOM/VALLE<br>
PAGE 2

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on January 7, 2015, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  We also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

  /s/ David J. Horr                 
DAVID J. HORR
Florida Bar No.: 310761
dhorr@admiral-law.com

CASE NO.: 14-cv-21599-BLOOM/VALLE
PAGE 3

## SERVICE LIST

**John H. Hickey**
Florida Bar No.: 305081
federalcourtfilings@hickeylawfirm.com
**Bjorg Eikland**
Florida Bar No.: 37005
beikland@hickeylawfirm.com
HICKEY LAW FIRM, P.A.
1401 Brickell Avenue
Miami, FL  33131
Telephone: 305-371-8000
Facsimile:  305-371-3542
**Attorneys for Plaintiff**

**David J. Horr**
Florida Bar No.: 310761
dhorr@admiral-law.com
**Eduardo J. Hernandez**
Florida Bar No.: 061451
ehernandez@admiral-law.com
**Ryan M. McCarthy**
Florida Bar No.: 105373
rmccarthy@admiral-law.com
HORR, NOVAK SKIPP P.A.
Attorneys for Defendant
Two Datran Center, Suite 1700
9130 S. Dadeland Blvd.
Miami, FL 33156
Telephone:  305-670-2525
Facsimile:     305-670-2526
**Attorneys for Defendant**