UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 14-CIV-21599-BLOOM/VALLE

**EILEEN KROPF**,

    Plaintiff,

v.

**CELEBRITY CRUISES, INC.**,

    Defendant.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** is before the Court upon the parties' Stipulation for Dismissal with Prejudice, ECF No. [31], filed on January 7, 2015.  Being fully advised, it is hereby **ORDERED AND ADJUDGED** that the parties' Stipulation of Dismissal with Prejudice, **ECF No. [31]**, is **APPROVED** and **ADOPTED**, and the above-styled case is hereby **DISMISSED WITH PREJUDICE**.  Each party is to bear its own attorneys' fees and costs.  To the extent not otherwise disposed of, all pending motions are hereby denied as moot.  The Clerk is directed to **CLOSE** this matter.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 7th day of January, 2015.

                **BETH BLOOM**
                **UNITED STATES DISTRICT JUDGE**

cc:  counsel of record